# MINUTE SHEET

**UNITED STATES OF AMERICA**　　　　　　　　**Date:**　　**February 4, 2021**

**vs.**　　　　　　　　　　　　　　　　　　　**Case No.:**　　**21-5003-02-CR-SW-MDH**

**DOUGLAS S. WARD**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Arraignment
　　　　　　　　　　　Detention Hearing
　　　　　　　　　　　Scheduling Conference

**Time Commenced:** 10:33 a.m.　　　　　　　　**Time Terminated:** 10:44 a.m.

---

## APPEARANCES

| | |
|---|---|
| **Plaintiff:** | Jessica Sarff, AUSA – via video conference |
| **Defendant:** | Stuart Huffman, CJA – via video conference |
| **USPPTS:** | Elizabeth Dempsey – via video conference |

---

**Proceedings:** Parties appear as indicated above. Defendant appears in person. Defendant consents to proceed by video teleconference.

*Arraignment*: Defendant waives formal reading of the Indictment and enters a plea of not guilty as to all counts naming Defendant.

*Scheduling Conference*: A scheduling order setting forth discovery deadlines will be entered by the Court. Case placed on the next Joint Criminal Trial Docket. Rule 5f Order entered.

*Detention Hearing*: The Court takes note of its own file, including the Pretrial Services Report prepared by the USPPTS Officer. The Government has filed a *Motion for Detention Hearing* (Doc. 18). Proffer by the Government and arguments made regarding Defendant's custody. The Court finds by a preponderance of the evidence that the defendant is a flight risk and by clear and convincing evidence a danger. The Court will issue a written order with its findings.

**Defendant in custody.**

**Courtroom Deputy/ERO:** Karen Siegert