# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI,
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | |
| vs. ) | Criminal Action No. |
| ) | 21-CR-05003 |
| DOUGLAS S. WARD ) | |
|         Defendant. ) | |

## MOTION FOR CONTINUANCE

**COMES NOW** Defendant Douglas S. Ward, by and through his attorney of record, Stuart P. Huffman, and requests a continuance of the jury trial setting in the above-styled cause. In support thereof, the Defendant submits the following sworn facts:

1. The above matter is scheduled for pretrial conference on April 06, 2021 and jury trial for the week of May 3rd, 2021

2. Defense counsel requires additional time for the discovery process.

3. The Government by AUSA Jessica Sarff does not oppose a continuance.

4. That a continuance was discussed with Defendant Ward who understands the need for additional time and that it is in his best interests.

5. This continuance is not sought for the purpose of dilatory delay, but is sought in truth and fact so that Defendant may be afforded due process of law under the Fifth Amendment to the United States Constitution.

WHEREFORE, Defendant respectfully requests this Court to remove this case from its scheduled trial date and reset the matter to the August or September trial docket due to older cases that Counsel has already set.

WHITEAKER & WILSON, P.C.

By /s/ Stuart P. Huffman
Stuart P. Huffman
Missouri Bar No. 49633
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the United States Attorney and all other CM/ECF participants in this case.

By /s/ Stuart P. Huffman
Stuart P. Huffman
Missouri Bar No. 49633
*Attorney for Defendant*

3315 E. Ridgeview St, Suite 4000
Post Office Box 3758
Springfield, MO 65808-3758
Telephone: (417) 882-7400
Facsimile: (417) 882-6101